mandamus is denied. *Ex parte Fahey,* 332 U. S. 258. *Solicitor General Perlman, Assistant Attorney General Vanech, Roger P. Marquis* and *S. Billingsley Hill* for petitioner.

*Certiorari Granted.*

No. 434. NATIONAL LABOR RELATIONS BOARD *v.* MEXIA TEXTILE MILLS, INC. C. A. 5th Cir. Certiorari granted. *Solicitor General Perlman* and *Robert N. Denham* for petitioner. *John M. Scott* for respondent. ▮

No. 435. NATIONAL LABOR RELATIONS BOARD *v.* POOL MANUFACTURING Co. C. A. 5th Cir. Certiorari granted. *Solicitor General Perlman* and *Robert N. Denham* for petitioner. *John M. Scott* for respondent. ▮

No. 445. BROWN SHOE Co., INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari granted. *Charles M. McInnis* and *Ernest M. Callomon* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Lee A. Jackson* and *Carlton Fox* for respondent. ▮

*Certiorari Denied.* (*See also No. 254, Misc., supra.*)

No. 376. GAYNOR *v.* METALS RESERVE Co. C. A. 8th Cir. Certiorari denied. *H. C. Harper* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison* and *Paul A. Sweeney* filed a brief for the United States opposing the petition. ▮

No. 416. BURTON *v.* UNITED STATES;
No. 417. CAWTHORN *v.* UNITED STATES; and
No. 418. LABRANCHE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Homer Cummings, Edward H.*